In the Matter of the Estate of MARY J. F. S. SWEENEY, Deceased.

BERNARD J. SWEENEY, as Executor, Appellant; JOHN P. BOWMAN, as Executor, et al., Respondents.

(Argued June 12, 1929; decided July 11, 1929.)

*Harold P. Barker* for appellant.

*George S. Van Schaick* for John P. Bowman, as executor, respondent.

*Richard R. Martin* and *Louis Evans* for Charles M. Fitz Simons, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.